FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

May 5, 2015

Mr. Philip Durst
Deats Durst Owen & Levy, P.L.L.C.
1204 San Antonio, Suite 203
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Mr. G. Mark Jodon
Littler Mendelson PC
1301 McKinney, Suite 1900
Houston, TX 77010
* DELIVERED VIA E-MAIL *

RE:    Case Number: 13-0882
       Court of Appeals Number: 01-12-00660-CV
       Trial Court Number: 2007-27181

Style:  SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 5, DAN
       SCHLADEMAN, AND SUSAN STRUBBE
       v.
       PROFESSIONAL JANITORIAL SERVICE OF HOUSTON, INC.

Dear Counsel:

Enclosed is a certified copy of our cost bill showing charges and payments as reflected by the record for your use in settlement between the parties.

Sincerely,

Blake A. Hawthorne, Clerk

by Monica Zamarripa, Deputy Clerk

cc:    Mr. Christian J. Ward (DELIVERED VIA E-MAIL)
      Mr. Christopher Prine (DELIVERED VIA E-MAIL)
      Mr. Chris Daniel (DELIVERED VIA E-MAIL)